IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| C.D.H., | : | |
| | : | |
|       Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-187-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| PAMELA BONDI, | : | |
| | : | |
|       Respondent. | : | |

**ORDER**

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1). Petitioner alleges that he has been held in ICE custody in excess of the six-month timeframe allowed pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001), with no indication from ICE that he will be removed in the near future. Pet. 6, ECF No. 1. In response, the Government claims that Petitioner fails to present evidence to meet his burden under *Zadvydas*.

Under the circumstances of this case and given the lack of a clear and developed record, the Court orders that an evidentiary hearing be held. In order to facilitate the evidentiary hearing, and in compliance with Rule 8(c) of the Rules Governing Habeas Corpus Cases Under Section 2254, which this Court is applying to Petitioner's § 2241 Habeas case under Rule 1 of those Rules, the Court appoints the Federal Defenders of the Middle District of Georgia to represent Petitioner in this case.

The parties are ordered to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

1) whether discovery is necessary and, if so, the scope and timeframe of such discovery;

2) a briefing schedule, to include any anticipated amended filings;

3) proposed dates for the evidentiary hearing; and

4) any other matters the parties deem pertinent.

Any disagreement by the parties should be outlined in the submitted order so the Court can resolve them.

**SO ORDERED**, this 30th day of September, 2025.

                                           s/ *Amelia G. Helmick*
                                           UNITED STATES MAGISTRATE JUDGE